JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY W. FORD, | ) | Case No. EDCV 11-1919-ODW (OP) |
| | ) | |
| Petitioner, | ) | J U D G M E N T |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL MARTEL, | ) | |
| | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: January 31, 2012

HONORABLE OTIS D. WRIGHT, II.
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge