JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LARRY W. FORD,  )  Case No. EDCV 11-1919-ODW (OP)
              )
              )  J U D G M E N T
     Petitioner,  )
              )
     v.       )
              )
MICHAEL MARTEL,  )
              )
              )
     Respondent.  )
_____  )

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: January 31, 2012

HONORABLE OTIS D. WRIGHT, II.
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge